UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHAYNA DICKINSON, | No. 12-cv-2794 NJV |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| CITY AMBULANCE OF EUREKA, et al., | |
| Defendants. | |

On July 23, 2012, Plaintiff filed a notice of voluntary dismissal of this action pursuant to Rule 41(a), Federal Rules of Civil Procedure. (Docket No. 5.) No Defendant has yet appeared in the case. According, this case is HEREBY DISMISSED.

IT IS SO ORDERED.

Dated: July 24, 2012

NANDOR J. VADAS
United States Magistrate Judge